```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF RHODE ISLAND
```

BRAIN GAILEY,

    Plaintiff,

        v.                                CA No. 21-cv-201-WES

ELECTRIC BOAT CORPORATION,

    Defendant.

## JUDGMENT

    This action came to be heard before the Court and a decision has been rendered.  Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

    Pursuant to the Memorandum and Order entered on September 20, 2023, and in accordance with Fed. R. Civ. P. 58., judgment is entered on behalf of Defendant Electric Boar and against Plaintiff Brian Gailey.

    It is so ordered.

    September 20, 2023          By the Court:

                                              /s/ William E. Smith
                                              United States District Judge